ROWLEY CHAPMAN BARNEY
& BUNTROCK, LTD.
63 East Main Street, Suite 501
Mesa, Arizona 85201-7417
(480) 833-1113
FAX (480) 833-1114
E-mail address: janet@azlegal.com
**Janet M. Spears – SBN 023833**
*Attorneys for Debtors*

IN THE UNITED STATES BANKRUPCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

JOSE C. ROJAS and CECILIA S. ROJAS,

Debtors.

Chapter 7
Case No. 2:11-34155-CGC

**ORDER SUSTAINING OBJECTION TO TO PROOF OF CLAIM OF HSBC BANK NEVADA, N.A.**

This matter having come for consideration by the Court on Debtors' Objection to the claim of HSBC Bank Nevada, N.A. and the Court finding that the Creditor having not appeared,

IT IS ORDERED sustaining the Debtors' objection to, and denying the claim of, HSBC Bank Nevada, N.A.

DATED AND SIGNED ABOVE